USDC SCAN INDEX SHEET

















LLS   8/7/98   8:18

3:98-CV-01435   FIGI GRAPHICS INC V. DOLLAR GENERAL CORP

*1*

*CMP.*

1  Clyde C. Greco, Jr., Esquire, State Bar No. 085970
   Peter J. Schulz, Esquire, State Bar No. 167646
2          LAW OFFICES
   **GRECO & TRAFICANTE**
3    350 WEST ASH STREET, SUITE 850
     SAN DIEGO, CALIFORNIA 92101
4    (619) 234-3660/FAX: (619) 234-0626

5  Attorneys for Plaintiff,
      FIGI GRAPHICS INC.

6

7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10  FIGI GRAPHICS INC., a Nevada      )  Civil Action No.
    corporation,                      )       98 CV 1435 J  RBB
11                                    )  COMPLAINT FOR
                     Plaintiff,       )
12                                    )  1)  INFRINGEMENT OF
         vs.                          )      COPYRIGHT; AND
13                                    )  2)  INJUNCTIVE RELIEF
    DOLLAR GENERAL CORPORATION, a     )
14  Kentucky corporation,             )  [JURY TRIAL DEMANDED]
                                      )
15                   Defendant.       )
                                      )
16

17       Plaintiff alleges as follows:

18                     THE PARTIES

19       1.   Plaintiff FIGI GRAPHICS INC., is a Nevada Corporation,

20  (hereinafter "FIGI") doing business nationwide, with its principal

21  place of business in the State of California, County of San Diego.

22       2.   Defendant DOLLAR GENERAL CORPORATION, is a Kentucky

23  corporation, (hereinafter "DOLLAR") doing business in the Southern

24  District of California, with its principal place of business in

25  Kentucky.

26                     JURISDICTION

27       3.   This is an action for violation of the Copyright Act of

28  1976, as amended, 17 U.S.C. 101, et seq.  Accordingly, this Court

FIGI\Fig049\Complaint 01-SDDC.wpd



1  has jurisdiction of this civil action under and by virtue of

2  28 U.S.C. §§ 1331, 1338(a), and 1338(b), and under its pendent

3  jurisdiction.

4  **VENUE**

5      4.   Venue of this action properly lies in the District of

6  Kansas under 28 U.S.C. §§ 1400(a), 1400(b), 1391(b) and 1391(c)

7  because DOLLAR conducts business in the District of Kansas.

8  **BACKGROUND FACTS**

9      5.   FIGI has created and published a series of unique three-

10  dimensional works of art.  In particular, FIGI has created the

11  following sculptural pieces of art:

12          Chair Bear Mini Frame:       PF-AT-102
        Bear Buddies Mini Frame:     PF-AT-104

13          Flower Shoppe Collage:       PF-HSH-835
        Birdhouse:                 PF-TG-303

14          To the Garden Collage:       PFC-TG-501
        Flower Pot Popper Frame:     PF-TG-302

15          Birdhouse Votive:           VO-CP-101

16  Photos of these works from FIGI's catalog are attached hereto as

17  Exhibit "1" (hereinafter referred to collectively as "the SUBJECT

18  WORK").

19      6.   The SUBJECT WORK is an unique design concept that was

20  created by FIGI.

21      7.   FIGI has, at all times, complied in all respects with

22  the copyright laws of the United States of America, Title 17,

23  United States Code, and has secured the exclusive rights and

24  privileges to the copyright in the SUBJECT WORK; and FIGI has

25  received a certificates of copyright registration for each piece

26  within the SUBJECT WORK issued by the United States Copyright

27  office.  True and accurate copies of the certificates of copyright

28  registration are attached hereto as Exhibit "2".

1    8.   FIGI is currently, and at all relevant times has been,

2 the sole proprietor of all rights, title, and interests in and to

3 the copyrights to the SUBJECT WORK.  FIGI has published the

4 SUBJECT WORK in strict conformity with the provisions of the

5 Copyright Act of 1976 and all other laws governing copyright.

6    9.   The SUBJECT WORK embodies substantial artistic

7 craftsmanship created by FIGI's own skill, labor and judgment; is

8 a unique design concept created by FIGI; and such work is

9 copyrightable subject matter under the laws of the United States

10 of America.

11                          **COUNT ONE**

12                   **COPYRIGHT INFRINGEMENT**

13    10.  FIGI re-alleges and incorporates by reference paragraph

14 1 through 9 of this Complaint,  as though fully set forth herein.

15    11.  FIGI believes and thereon alleges that DOLLAR has

16 directly copied the SUBJECT WORK in its entirety by designing,

17 manufacturing, advertising and/or selling three-dimensional works

18 of art which are substantially similar in design to the SUBJECT

19 WORK.  In particular, DOLLAR has designed, manufactured,

20 advertised and/or sold the following works:

21        Dollar Item No.          UPC Code

22        84013                    3361940194
          84013                    3361940194
23        Unknown                  1632410001
          Unknown                  1632400178
24        Unknown                  1632400179
          Unknown                  1632400180

25

26    12.  FIGI further alleges that in producing and/or

27 distributing the INFRINGING WORK, DOLLAR, or its agents, copied

28 the SUBJECT WORK for the specific purpose of infringing FIGI's

1  copyrights in order to advertise and compete directly with the

2  SUBJECT WORK and to enhance DOLLAR's ability to sell its other

3  products in the nationwide market.

4      13.  FIGI alleges that each of the works contained in the

5  INFRINGING WORK possess a substantial similarity to the SUBJECT

6  WORK in that they appear to be exact reproductions of the SUBJECT

7  WORK.

8      14.  Since at least as early as 1998, DOLLAR has been

9  advertising, reproducing, distributing, promoting and offering for

10 sale the SUBJECT WORK nationwide, and in so doing has committed

11 acts of piracy, unfair competition, misappropriation of ideas, and

12 copyright infringement in the course of its advertising

13 activities, all of which has caused, and continues to cause,

14 competitive injury to FIGI GRAPHICS.

15     15.  DOLLAR is attempting to pass its products off as if they

16 are FIGI's products in a manner calculated to deceive customers

17 and of the users of FIGI's products.

18     16.  The natural, probable and foreseeable result of DOLLAR's

19 wrongful conduct has deprived, and will continue to deprive, FIGI

20 of the benefits of selling FIGI's SUBJECT WORK and its other

21 products, to deprive FIGI of its goodwill and to injure FIGI's

22 relations with present and prospective customers.

23     17.  FIGI has lost, and will continue lose, substantial

24 revenues from the sale of its SUBJECT WORK, and other products,

25 and will sustain damages as a result of DOLLAR's wrongful conduct,

26 advertising, production and publishing of the INFRINGING WORK.

27 DOLLAR's wrongful conduct has also deprived, and will continue to

28 ///

1  deprive, FIGI of opportunities for expanding its goodwill in the
2  relevant marketplace.

3      18.   FIGI is presently unable to ascertain the full nature
4  and extent of the monetary damages it has suffered, and will
5  suffer, by reason of DOLLAR's acts, but nevertheless seeks all
6  damages available under 17 U.S.C. §§ 501, et seq., including,
7  without limitation, (a) actual damages pursuant to 17 U.S.C.
8  § 504(b); or at FIGI's election, (b) statutory damages pursuant to
9  17 U.S.C. § 504(c).   FIGI will seek leave of court to amend this
10 complaint at such time as the full nature and extent of its
11 monetary damages have been determined.

12                            COUNT TWO

13                         INJUNCTIVE RELIEF

14     19.   FIGI realleges and incorporates herein by this
15 reference, paragraphs 1-18 of this Complaint as though fully set
16 forth herein.

17     20.   In doing the acts previously alleged in this complaint,
18 DOLLAR has engaged in infringement of FIGI's copyrights to FIGI's
19 irreparable harm.

20     21.   Unless enjoined by this Court, DOLLAR intends to
21 continue its course of conduct and to wrongfully advertise, use,
22 infringe upon, sell, and otherwise profit from FIGI's SUBJECT WORK
23 and works derived from either or both of them.   As a direct and
24 proximate result of the acts of DOLLAR alleged above, FIGI has
25 already suffered irreparable damage and has sustained loss of
26 profits.   FIGI has no adequate remedy at law to address all
27 injuries that DOLLAR has caused, and intended to cause by its
28 conduct.   FIGI will continue to suffer irreparable damage and

1  sustain loss of profits until DOLLAR's actions alleged above are
2  enjoined by this Court.
3       22.  There is a substantial likelihood that FIGI will succeed
4  on the merits of this action.
5       WHEREFORE, FIGI prays for judgment against DOLLAR as follows:
6       1.  On the first claim for relief:
7            a.  That pursuant to 17 U.S.C. § 504(b), DOLLAR be
8  required to pay FIGI such damages as FIGI has sustained as a
9  consequence of DOLLAR's infringement of copyrights, and to account
10 for all gains, profits and advantages derived by DOLLAR from its
11 infringement of FIGI's copyrights, or such damages as to the Court
12 shall appear within the provisions of the copyright's statute.
13           b.  That, in the alternative, and pursuant to 17 U.S.C.
14 § 504(c), DOLLAR be required to pay to FIGI statutory damages in
15 the sum of $100,000 per occurrence/violation; and
16           c.  That pursuant to 17 U.S.C. § 505, DOLLAR pay to
17 FIGI the cost of this action and reasonable attorney's fees to be
18 allowed FIGI by the Court.
19      2.  On the second claim for relief:
20           a.  That pursuant to 17 U.S.C. § 502, DOLLAR, and its
21 officers, directors, agents, servants, employees, representatives,
22 and each of them, be enjoined during the pendency of this action,
23 and permanently thereafter, from infringing FIGI's copyrights in
24 the SUBJECT WORK and derivative works, in any manner, and from
25 publishing, manufacturing, advertising, offering for sale, selling
26 or otherwise disposing of any material, including the SUBJECT WORK
27 and derivative work, in DOLLAR's possession, custody, or control,
28 which infringe FIGI's copyrights in the SUBJECT WORK;

1       b.   That pursuant to 17 U.S.C. § 503(a), any materials,

2  including the SUBJECT WORK and infringing copies of the same,

3  together with any molds or other manufacturing devices in DOLLAR's

4  possession, which infringe FIGI's copyrights in the SUBJECT WORK,

5  or derivative work, be impounded; and that upon final judgment or

6  decree in favor of FIGI, such items be destroyed pursuant to 17

7  U.S.C. § 503(b); and

8       c.   For such temporary restraining orders, preliminary

9  injunctions and permanent injunctions as are necessary and

10  appropriate under the circumstances pursuant to

11  17 U.S.C. § 502(a).

12     3.   On all claims for relief:

13       a.   For such other and further relief as this Court

14  deems just and proper.

15  DATED:  August **6**, 1998                GRECO & TRAFICANTE

16

17                                   By:

18                                       Clyde C. Greco, Jr., Esq.
                                         Peter J. Schulz, Esq.
19                                       Attorneys for Plaintiff,
                                         FIGI GRAPHICS, INC.

20

21

22

23

24

25

26

27

28

1                            *     *     *

2                       DEMAND FOR JURY TRIAL

3
        FIGI hereby demands a jury trial.
4
DATED:   August **6**, 1998              GRECO & TRAFICANTE
5

6

7                                   By: _____
                                        Clyde C. Greco, Jr., Esq.
8                                       Peter J. Schulz, Esq.
                                        Attorneys for Plaintiff,
9                                       FIGI GRAPHICS, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FIGI\Fig049\Complaint 01-SDDC.wpd          **-8-**



**AT-24A7: 24 PC. ANTIQUE TEDDIES 'N TOYS MAGNET PROGRAM WITH DISPLAY — $56.75**
INCLUDES ONE MAGNET @ NO CHARGE

**AT-24ND3: 24 PC. ANTIQUE TEDDIES 'N TOYS MAGNET PROGRAM, NO DISPLAY — $54.00**

**DT-AT-901**
BEAR BUDDIES
DOOR TOPPER
18"x9.5"  46x24 cm
1-2250  ★

**BX-AT-103**
WAGON RIDE BOX
4"x4.5"  10x11 cm
2-1000  ①

**BK-AT-247**
TEDDY & TOY CHEST
BANK  1-1150  ①

**BK-AT-248**
STORY TIME BANK
2-1000  ①

**PF-AT-103**  WAGON RIDE
MINI FRAME  4-350

**PF-AT-101**  BEAR FAMILY
MINI FRAME  4-350

**PF-AT-104**  BEAR BUDDIES
MINI FRAME  4-350

**PF-AT-105**  SAILOR BEAR
MINI FRAME  4-350

**PF-AT-106**  POSIES
MINI FRAME  4-350

**80-AT**  MINI PHOTO FRAME DISPLAY
20"x12"x8"  50x30x20 cm
1-1000

**PFAT-24A7: 24 PC. MINI FRAME STARTER PROGRAM WITH DISPLAY — $90.50**
INCLUDES 1 MINI FRAME @ N/C TO OFFSET DISPLAY

**PFAT-24ND2: 24 PC. MINI FRAME STARTER PROGRAM, NO DISPLAY — $84.00**

21

# ANTIQUE TOYS









**PF-ATS-304** TOY CHEST
3.5"x5"  9x13 cm   2-950 ①

**PFT-AT-301**
TEDDIES 'N TOYS
TOPPER FRAME
3.5"x5"  9x13 cm
2-800 ①

**PFT-AT-201** TEDDIES 'N TOYS
TOPPER FRAME
2"x3"  5x8 cm   2-425 ①

**PF-ATS-204** TOY CHEST
2"x3"  5x8 cm   2-600 ①

**PF-AT-201** TOYS FOR BOYS
2"x3"  5x8 cm   2-600 ①





**PF-AT-301** TOYS FOR BOYS
3.5"x5"  9x13 cm   2-950 ①



**PF-AT-302** TOYS FOR GIRLS
3.5"x5"  9x13 cm   2-950 ①

TOYS FOR GIRLS
2"x3"  5x8 cm   2-600 ①

**FS-B7: FLOWER SHOPPE STARTER PROGRAM — $254.00**
INCLUDES ONE PIECE OF PF-FS-301 @ NO CHARGE
**4% SAVINGS**

**DA-FS-A7: FLOWER SHOPPE DESK ACCESSORIES**
**STARTER PROGRAM — $74.00**
INCLUDES TWO PIECES EACH OF BEM-FS-101,
CC-FS-101, MH-FS-101 & PC-FS-101

*NEW LARGER*
*LAMP SHADE!*

**LA-FS-201**
FLOWER CART
LAMP
1-3500 ①

**PF-HSH-835** FLOWER SHOPPE COLLAGE
1-1250 ①

**WCFS-A300: 10 PC. WIND CHIME PROGRAM**
**WITH DISPLAY — $95.75**
INCLUDES ONE PIECE @ NO CHARGE

**WCFS-B300: 10 PC. WIND CHIME PROGRAM,**
**NO DISPLAY — $90.50**

**VO-FS-101 FLOWER**
**VASE 2-1000**

**PFT-FS-**
**OWER SHA**
**PPER FRAM**
**3.5", 5x8 OP**
**5 ①**

# FLOWER SHOPPE





# TO THE GARDEN

"NO GREEN THUMB REQUIRED" to enjoy the beauty of a garden filled with dainty roses, sunflowers, ivy, bluebirds and birdhouses! These fruits of a gardener's labor will bring perennial pleasure wherever they're placed. A real treat for garden and bird lovers alike who share a fondness for the out-of-doors!

16-PC. TO THE GARDEN STARTER PROGRAM — $183.00
PROGRAM INCLUDES ONE PIECE OF PFC-TG-501 @ NO CHARGE
4% SAVINGS

**SP-TG-102
GARDEN HOME
SWITCHPLATE**

**SPD-TG-101 GARDEN HOME
DOUBLE SWITCHPLATE
2-750** ①

**PF-TG-303 BIRDHOUSE**
3"x3" 8x8 cm  **2-800** ①

**VO-GG-102 POTTING SHED VOTIVE  2-1000** ①

**LA-TG-201
GARDEN
CHAIR
LAMP
1-3000** ①

**PF-TG-302  FLOWER POT
POPPER FRAME**
3"x3" 8x8 cm  **2-700** ①

## LAPEL PINS

**LPNG-24A7: 24 PC. NATURE'S GARDEN
LAPEL PIN PROGRAM WITH DISPLAY—
$32.50**

**BX-TG-101
IN THE GARDEN
TOPPER BOX
2-550** ①

**BX-GG-103
PRIMROSE POT BOX
2-650** ①

**MU-TG-101 FROG POND MUSICAL**
4"x4"  10x10 cm
*Plays: "Everything Is Beautiful"*
**1-1500** ①

36



**SPD-FS-101** FLOWER SHOPPE
DOUBLE SWITCHPLATE  2-750 ①

**PF-FL-101**
MY LITTLE
GARDEN
TOPPER FRAME
4"x6"
10x15 cm
1600 ①

**BX-FS-101**
FLOWER CART
BOX
2-1000 ①

**PF-FL-201** MY LITTLE GARDEN TOPPER FRAME
2"x3"  5x8 cm  2-425 ①

**BX-FS-102** FLOWER SHOPPE BOX
2-1000 ①

**80-FS** MINI PHOTO FRAME DISPLAY
20"x12"x8"  50x30x20 cm   1-1000

*Flower Shoppe*
BY FIGI

*Flower Shoppe Photo Frames*

**PF-FS-101** FLOWER SHOPPE
MINI FRAME
4-375

**PF-FS-102** BALCONY
MINI FRAME
4-375

**PF-FS-103** FLOWER
MINI FRAME
4-375

**PF-FS-104** DOOR
MINI FRAME

# TO THE GARDEN





**PF-TG-301  IN THE GARDEN**
3.5"x5"  9x13 cm  2-800 ①

**PF-TG-201  IN THE GARDEN**
2"x3"  5x8 cm  2-425 ①



**CK-TG-201  GARDEN BIRDHOUSE CLOCK**
7.5"x6.5"x1"  18x11x3 cm  1-1950 ①



**PF-GG-306  GARDEN SHED**
3.5"x5"  9x13 cm  2-850 ①



**PF-SG-304  WEEKEND GARDENER**
3.5"x5"  9x13 cm  2-850 ①



**PF-HSH-818  POTTING SHED COLLAGE**
1-1250 ①



**PF-SG-204  WEEKEND GARDENER**
2"x3"  5x8 cm  2-500 ①



**PFC-TG-501  TO THE GARDEN COLLAGE**
1-1250 ★

38



DA-TG-C1: DESK ACCESSORIES STARTER PROGRAM — $84.00
PROGRAM INCLUDES TWO PIECES EACH OF BEM-TG-101,
CC-TG-101, MH-TG-101, SD-TG-101 & PC-TG-101

WP-TG-101  GARDNER WALL PLAQUE
2-40 ①

PC-TG-101
BIRD HOUSE
PENCIL CUP
3"x3"x4.5"
8x8x11 cm
2-750 ①

BE-TG-201  GARDEN CHAIR BOOKENDS  1-2500 ①

SP-GG-101  GARDEN GATE
SWITCHPLATE  2-500 ①

GARDEN ♥

PF-GG-212  TO THE GARDEN
2"x3"  5x8 cm  2-500 ①

PF-GG-312  TO THE GARDEN
3.5"x5"  9x13 cm  2-750 ①

BEM-TG-101  GARDEN LOVER MINI BOOKENDS
Each bookend measures 3"x4"  8x10 cm  1-1250 ①

SD-TG-101  BIRD HOUSE STAMP BOX
2.5"x2"x3"  6x5x8 cm
2-600 ①

Paperweight measures
2"x1.5"x1.5"  5x4x4 cm

Note Pad
Included

MH-TG-101
MY GARDEN
MEMO HOLDER
4.5"x4.5"x3"
11x11x8 cm
2-1000 ①

CC-TG-101  BIRD HOUSE
BUSINESS CARD HOLDER
3.5"x2.5"x2.5"  9x6x6 cm  2-600 ①

37

Case 3:98-cv-01435-J-RBB · Document 1 · Filed 08/06/98 · PageID.19 · Page 19 of 46

# COUNTRY PRIMITIVE

CP-C6: COUNTRY PRIMITIVE STARTER PROGRAM — $193.75
PROGRAM INCLUDES ONE PIECE OF SP-CP-101 @ NO CHARGE
3% SAVINGS

Homespun charm is humorously reflected through amusing and engaging
farmyard designs coupled with traditional checkerboard motif. Country-cute!







**WP-CP-101** WELCOME FRIENDS
PLAQUE 2-800 ①





**PF-HSH-820**
BIRDHOUSE COLLAGE
1-1100 ①

**PF-HSH-839**
SIMPLY COUNTRY COLLAGE
1-1100 ①

**MR-CP-210** MIRROR 8.5"x13" 22x33 cm
1-1650

**SP-CP-101** SWITCHPLATE
2-500 ★

**CK-CP-201**
CLOCK
6.5"x8"x2"
13x20x1 cm
1-1850 ①







**BE-241** BOOKENDS
1-2500 ①



LA-241

**BK-240** PIG
BANK
2-800

**BK-241** COW BANK
2-800

**MU-CP-101**
BIRDHOUSE
MUSICAL
3"x3.25"x4.5"
8x8x11 cm
Plays "You've Got
A Friend
When Wound
1-1800





**VO-CP-101** BIRDHOUSE VOTIVE
2-975 ①

**SE-C6: SEAPORT STARTER PROGRAM — $202**
PROGRAM INCLUDES ONE PIECE OF VO-SE-101 @ NO CHARGE: **4% SAVINGS**

# SEAPORT

LIGHTHOUSE

SAIL HARBOR





**PF-SE-207** 2"x3" 5x8 cm
*2-500* (1)

**PF-SE-307** 3.5"x5" 9x13 cm
*2-850* ①

**PF-SE-205** 2"x3" 5x8 cm
*2-500* ①

**PF-SE-305** 3.5"x5" 9x13 cm
*2-850* ①

CAPTAIN & FIRST MATE

ANCHORS AWEIGH





**PF-SE-304** 3"x3" 8x8 cm
*2-550* ①

**PF-SE-303** 3"x3" 8x8 cm
*2-550* ①

**PF-SE-301** 3.5"x5" 9x13 cm
*2-850* ①

**PF-SE-201** 2"x3" 5x8 cm
*2-500* ①

PORTHOLE

BOX





INSIDE OF BOX

**PF-SE-406** 4"x4" 10x10 cm
*2-850* ①

**MR-SE-406** MIRROR 4"x4" 10x10 cm
*2-850* ①

**BX-SE-101** LIGHTHOUSE
*2-750* ①

C33

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 770-785**

EFFECTIVE DATE OF REGISTRATION

MAY 2 0 1996

| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**TITLE OF THIS WORK ▼**

PF-AT-102  CHAIR BEAR

**NATURE OF THIS WORK ▼** See instructions

SCULPTURE

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:  Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

---

**2**

**a** NAME OF AUTHOR ▼

FIGI GRAPHICS, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ UNITED STATES
     Domiciled in ▶ CALIFORNIA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☒ 3-Dimensional sculpture       ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork         ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design  ☐ Architectural work
☐ Design on sheetlike material

**NOTE**
Under the law...

**b** NAME OF AUTHOR ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture       ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork         ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design  ☐ Architectural work
☐ Design on sheetlike material

081230685

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1995 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ May   Day ▶ 1   Year ▶ 1996
UNITED STATES ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

FIGI GRAPHICS, INC.
POST OFFICE BOX 85515
SAN DIEGO, CALIFORNIA  92138

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
MAY 2 0 1996
ONE DEPOSIT RECEIVED
MAY 2 0 1996
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___2___ pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼         **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                              Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
FIGI GRAPHICS, INC.
ATTENTION:  TAMRA MILLER
POST OFFICE BOX 85515
SAN DIEGO, CALIFORNIA  92138
          Area Code & Telephone Number ▶ (619)262-8811

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___FIGI GRAPHICS, INC.___
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
DINO PARENTI                                    date ▶ 5/15/96

Handwritten signature (X) ▼

**8**

| MAIL<br>CERTIFI-<br>CATE TO | Name ▼<br>FIGI GRAPHICS, INC.<br>ATTENTION:  TAMRA MILLER |
|---|---|
| Certificate<br>will be<br>mailed in<br>window<br>envelope | Number/Street/Apartment Number ▼<br>POST OFFICE BOX 85515<br>City/State/ZIP ▼<br>SAN DIEGO, CALIFORNIA  92138 |

**9**

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office
has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

July 1992—100,000                                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1992:312-470/50,009

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM VA**
For a Work of the Visual Arts
UN
RE  **VA 770-783**

| VA | VAU |

**EFFECTIVE DATE OF REGISTRATION**

**MAY 2 0 1996**

| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**TITLE OF THIS WORK ▼**

PF-AT-104   BEAR BUDDIES

**NATURE OF THIS WORK ▼** See instructions

SCULPTURE

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

| If published in a periodical or serial give: Volume ▼ | Number ▼ | Issue Date ▼ | On Pages ▼ |

---

**NAME OF AUTHOR ▼**

FIGI GRAPHICS, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ UNITED STATES
      Domiciled in ▶ CALIFORNIA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**  Check appropriate box(es). **See Instructions**
☒ 3-Dimensional sculpture     ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE
that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP**  Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture     ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

---

**3** **a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1995 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ May   Day ▶   Year ▶ 1996
UNITED STATES ◀ Nation

---

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
FIGI GRAPHICS, INC.
POST OFFICE BOX 85515
SAN DIEGO, CALIFORNIA  92138

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
MAY 2 0 1996
**ONE DEPOSIT RECEIVED**
MAY 2 0 1996
**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| | CORRESPONDENCE  Yes | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                              **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
FIGI GRAPHICS, INC.
ATTENTION: TAMRA MILLER
POST OFFICE BOX 85515
SAN DIEGO, CALIFORNIA  92138
Area Code & Telephone Number ► (619)262-8811

Be sure to give your daytime phone ◄ number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  FIGI GRAPHICS, INC.
        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
DINO PARENTI                                    date► 5/15/96

☞ Handwritten signature (X) ▼

**8**

**MAIL CERTIFICATE TO**

Name ▼
FIGI GRAPHICS, INC.
ATTENTION: TAMRA MILLER
Number/Street/Apartment Number ▼
POST OFFICE BOX 85515
City/State/ZIP ▼
SAN DIEGO, CALIFORNIA  92138

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 8
SEND ALL ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1991. Please contact the Copyright Office after July 1991 to determine the actual fee schedule.

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF REGISTRATION



For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER



**VA 776-960**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

OFFICIAL SEAL

**MAR 2 1 1996**

Month  Day  Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

PF-HSH-835 FLOWER SHOPPE

**NATURE OF THIS WORK ▼** See instructions

SCULPTURE

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**  **Number ▼**  **Issue Date ▼**  **On Pages ▼**

---

**2**

**NAME OF AUTHOR ▼**

FIGI GRAPHICS, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
X Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ UNITED STATES
Domiciled in ▶ CALIFORNIA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes X No
Pseudonymous? ☐ Yes X No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
X 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work
☐ Design on sheetlike material

**NOTE**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work
☐ Design on sheetlike material

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1995 ◀Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ March  Day ▶ 1  Year ▶ 1996
UNITED STATES ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

FIGI GRAPHICS, INC.
POST OFFICE BOX 85515
SAN DIEGO, CALIFORNIA 92138

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
MAR 21 1996
**ONE DEPOSIT RECEIVED**
MAR 21 1996
**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

See instructions before completing this space.

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

FORM VA

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                          Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

FIGI GRAPHICS, INC.
ATTENTION:  TAMRA MILLER
POST OFFICE BOX 85515
SAN DIEGO, CALIFORNIA  92138

Area Code & Telephone Number ▶ (619)262-8811

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___ FIGI GRAPHICS, INC.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
DINO PARENTI                                    date ▶ 3/7/96

✗ Handwritten signature (X) ▼

**8**

**MAIL
CERTIFI-
CATE TO**

Name ▼
FIGI GRAPHICS, INC.
ATTENTION:  TAMRA MILLER
Number/Street/Apartment Number ▼
POST OFFICE BOX 85515
City/State/ZIP ▼
SAN DIEGO, CALIFORNIA  92138

Certificate
will be
mailed in
window
envelope

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office
has the authority to
adjust fees at 5-year inter-
vals, based on changes
in the Consumer Price
Index. The next adjust-
ment is due in 1996.
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

July 1993—100,000                                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1993-313-432/60,009

# CERTIFICATE OF REGISTRATION



**FORM VA**
*For a Work of the Visual Arts*
**UNITED STATES COPYRIGHT OFFICE**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**

OFFICIAL SEAL



**VA 859-351**

**EFFECTIVE DATE OF REGISTRATION**

**JUN 02 1997**

Month          Day          Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

---

**1**

**TITLE OF THIS WORK ▼**

PF-TG-302  FLOWER POT

**NATURE OF THIS WORK ▼ See instructions**

SCULPTURE

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2**

**a**

**NAME OF AUTHOR ▼**

FIGI GRAPHICS, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ UNITED STATES
     Domiciled in ▶ CALIFORNIA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☒ 3-Dimensional sculpture     ☐ Map     ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design     ☐ Architectural work
☐ Design on sheetlike material

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture     ☐ Map     ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design     ☐ Architectural work
☐ Design on sheetlike material

---

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1997 ◀ Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ MARCH     Day ▶ 3     Year ▶ 1997
UNITED STATES ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

FIGI GRAPHICS, INC.
POST OFFICE BOX 85515
SAN DIEGO, CALIFORNIA  92138

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

**APPLICATION RECEIVED**
JUN 02 1997
**ONE DEPOSIT RECEIVED**
JUN 02 1997
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                       • See detailed instructions.                       • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | ✓ 14 | FORM VA |
| CHECKED BY | Dwtt | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

FIGI GRAPHICS, INC.
ATTN: TAMRA MILLER
POST OFFICE BOX 85515
SAN DIEGO, CALIFORNIA  92138

Area Code and Telephone Number ▶ (619) 262-8811

Be sure to give your daytime phone ◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of  FIGI GRAPHICS, INC.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

DINO PARENTI          Date▶ 5/15/97

Handwritten signature (X) ▼

**Mail certificate to:**

Name ▼
FIGI (Attention: Tamra Miller)

Number/Street/Apt ▼
POST OFFICE BOX 85515

City/State/ZIP ▼
SAN DIEGO, CALIFORNIA  92138

**Certificate will be mailed in window envelope**

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

March 1995—300,000   ♻ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/41

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

RI

**VA 873-829**

EFFECTIVE DATE OF REGISTRATION

9    19    1997
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

PF-TG-303   BIRDHOUSE

**NATURE OF THIS WORK ▼ See instructions**

SCULPTURE

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼**

FIGI GRAPHICS, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ UNITED STATES
     Domiciled in ▶ CALIFORNIA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the...

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☒ 3-Dimensional sculpture   ☐ Map             ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph      ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map             ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph      ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
1997 ◀Year in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ JULY     Day ▶ 7     Year ▶ 1997
UNITED STATES     ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

FIGI GRAPHICS, INC.
POST OFFICE BOX 85515
SAN DIEGO, CALIFORNIA   92138

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
SEP 13 1997

ONE DEPOSIT RECEIVED
SEP 13 1997

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | _[signature]_ | FORM VA |
| CHECKED BY | | |

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                          **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
FIGI GRAPHICS, INC.
ATTN:  TAMRA MILLER
POST OFFICE BOX 85515
SAN DIEGO, CALIFORNIA  92138

Area Code and Telephone Number ▶ (619) 262-8811

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  FIGI GRAPHICS, INC.
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
DINO PARENTI                                    Date ▶ 9/5/97

Handwritten signature (X) ▼
_[signature]_

**Mail
certificate
to:**

Name ▼
FIGI (Attention:  Tamra Miller)

**Certificate
will be
mailed in
window
envelope**

Number/Street/Apt ▼
POST OFFICE BOX 85515

City/State/ZIP ▼
SAN DIEGO, CALIFORNIA  92138

**9**

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

March 1995—300,000   ♲ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/41

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

## FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 824-599**

EFFECTIVE DATE OF REGISTRATION

| 1 | 24 | 97 |
|---|----|----|
| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1**

TITLE OF THIS WORK ▼

PFC-TG-501   TO THE GARDEN

NATURE OF THIS WORK ▼ See instructions

SCULPTURE

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼       Number ▼        Issue Date ▼        On Pages ▼

---

**2**

**a** NAME OF AUTHOR ▼

FIGI GRAPHICS, INC.

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
XX Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ **UNITED STATES**
{ Domiciled in ▶ **CALIFORNIA**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes  XX No
Pseudonymous?   ☐ Yes  XX No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions).

NATURE OF AUTHORSHIP  Check appropriate box(es). **See instructions**
☒ 3-Dimensional sculpture       ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork         ☐ Photograph       ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture       ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork         ☐ Photograph       ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
1996 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK   Complete this information ONLY if this work has been published.
Month ▶ DECEMBER   Day ▶ 1   Year ▶ 1996
UNITED STATES ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

FIGI GRAPHICS, INC.
POST OFFICE BOX 85515
SAN DIEGO, CALIFORNIA  92138

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JAN 24 1997
ONE DEPOSIT RECEIVED
JAN 24 1997
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                 • See detailed instructions.            • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of __ pages

EXAMINED BY _____

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

_____

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                              Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

FIGI GRAPHICS, INC.
ATTENTION: TAMRA MILLER
POST OFFICE BOX 85515
SAN DIEGO, CALIFORNIA  92138
            Area Code & Telephone Number ▶  (619) 262-8811

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___FIGI GRAPHICS, INC.___
        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
DINO PARENTI                                    date ▶ _12/7/96_

Handwritten signature (X) ▼

**8**

**MAIL CERTIFI-CATE TO**

Name ▼
FIGI   (Attention: Tamra Miller)

Number/Street/Apartment Number ▼
POST OFFICE BOX 85515

City/State/ZIP ▼
SAN DIEGO, CALIFORNIA  92138

Certificate
will be
mailed in
window
envelope

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS**
**IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office
has the authority to ad-
just fees at 5-year in-
vals, based on chan-
ges in the Consumer
Index. The next ad-
ment is due in 1996.
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

July 1992—100,000                                                                ☆U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432/60,009

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

## FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 614-532**

EFFECTIVE DATE OF REGISTRATION

AUG 1 8 1995
Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼ | NATURE OF THIS WORK ▼ See instructions

VO-CP-101   BIRDHOUSE | SCULPTURE

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work** ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2** NAME OF AUTHOR ▼

FIGI GRAPHICS, INC.

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ UNITED STATES
     Domiciled in ▶ CALIFORNIA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee

NATURE OF AUTHORSHIP Check appropriate box(es). **See instructions**
☒ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

---

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1995 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ JULY   Day ▶ 1   Year ▶ 1995
Nation ▶ UNITED STATES

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

FIGI GRAPHICS, INC.
POST OFFICE BOX 85515
SAN DIEGO, CALIFORNIA  92138

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
Aug 18 1995
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
Aug 18 1995

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| | CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

FIGI GRAPHICS, INC.
ATTENTION:  TAMRA MILLER
POST OFFICE BOX 85515
SAN DIEGO, CALIFORNIA  92138

Area Code & Telephone Number ▶ (619)262-8811

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   FIGI GRAPHICS, INC.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
DINO PARENTI          date▶ 7/14/95

✎ Handwritten signature (X) ▼

| MAIL CERTIFI-CATE TO | Name ▼ FIGI GRAPHICS, INC. ATTENTION:  TAMRA MILLER | YOU MUST • Complete all necessary spaces • Sign your application in space 8 | **9** |
| Certificate will be mailed in window envelope | Number/Street/Apartment Number ▼ POST OFFICE BOX 85515 | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE 1. Application form 2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights 3. Deposit material | The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule. |
| | City/State/ZIP ▼ SAN DIEGO, CALIFORNIA  92138 | MAIL TO Register of Copyrights Library of Congress Washington, D.C. 20559 | |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.





AO 121 (6/90)

| TO:<br><br>**Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>98cv1435J(RBB) | DATE FILED<br>8/6/98 | United States District Court, Southern District of California<br>880 Front Street, Room 4290<br>San Diego, CA  92101-8900 |

| PLAINTIFF<br>Figi Graphics Inc. | DEFENDANT<br>Dollar General Corporation |
|---|---|

| **COPYRIGHT REGISTRATION  NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
|---|---|---|
| 1 VA 770-785 | PF-AT-102 Chair Bear | Figi Graphics, Inc |
| 2 VA 770-783 | PF-AT-104 Bear Buddies | Figi Graphics, Inc |
| 3 VA 776-960 | PF-HSH-835 Flower Shoppe | Figi Graphics, Inc |
| 4 VA 859-351 | PF-TG-302 Flower Pot | Figi Graphics, Inc |
| 5 VA 873-829 | PF-TG-303 Birdhouse | Figi Graphics, Inc |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

Copy 1 - Upon initiation of action, mail this copy to Register of Copyrights  Copy 2 - Upon filing of document adding copyrights, mail this copy to Registrer of Copyrights

Copy 3 - Upon termination of action, mail this copy to Registrer of Copyrights Copy 4 - In the event of appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal

Copy 5 - Case file copy

Continue from AO 121 (6/90) Page 2 of 2

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 6. 824-599 | PFC-TG-501 | Figi Graphics, Inc |
| 7. 614-532 | VO-CP-101 | Figi Graphics, Inc |

AO 121 (6/90)

| TO:<br><br>**Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
| --- | --- |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
| --- | --- | --- |
| DOCKET NO.<br>98cv1435J(RBB) | DATE FILED<br>8/6/98 | United States District Court, Southern District of California<br>880 Front Street, Room 4290<br>San Diego, CA 92101-8900 |
| PLAINTIFF<br>Figi Graphics Inc. | | DEFENDANT<br>Dollar General Corporation |

| COPYRIGHT<br>REGISTRATION  NO. | TITLE OF WORK | AUTHOR OF WORK |
| --- | --- | --- |
| 1 VA 770-785 | PF-AT-102 Chair Bear | Figi Graphics, Inc |
| 2 VA 770-783 | PF-AT-104 Bear Buddies | Figi Graphics, Inc |
| 3 VA 776-960 | PF-HSH-835 Flower Shoppe | Figi Graphics, Inc |
| 4 VA 859-351 | PF-TG-302 Flower Pot | Figi Graphics, Inc |
| 5 VA 873-829 | PF-TG-303 Birdhouse | Figi Graphics, Inc |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading | |
| --- | --- | --- |
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case,a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order      ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes      ☐ No | DATE RENDERED |
| --- | --- | --- |
| CLERK | (BY) DEPUTY CLERK | DATE |

Copy 1 - Upon initiation of action, mail this copy to Register of Copyrights  Copy 2 - Upon filing of document adding copyrights, mail this copy to Registrer of Copyrights
Copy 3 - Upon termination of action, mail this copy to Registrer of Copyrights Copy 4 - In the event of appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal
Copy 5 - Case file copy

Continue from AO 121 (6/90) Page 2 of 2

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 6.  824-599 | PFC-TG-501 | Figi Graphics, Inc |
| 7.  614-532 | VO-CP-101 | Figi Graphics, Inc |

AO 121 (6/90)

| TO:<br><br>**Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>98cv1435J(RBB) | DATE FILED<br>8/6/98 | United States District Court, Southern District of California<br>880 Front Street, Room 4290<br>San Diego, CA  92101-8900 |
| PLAINTIFF<br>Figi Graphics Inc. | | DEFENDANT<br>Dollar General Corporation |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 VA 770-785 | PF-AT-102 Chair Bear | Figi Graphics, Inc |
| 2 VA 770-783 | PF-AT-104 Bear Buddies | Figi Graphics, Inc |
| 3 VA 776-960 | PF-HSH-835 Flower Shoppe | Figi Graphics, Inc |
| 4 VA 859-351 | PF-TG-302 Flower Pot | Figi Graphics, Inc |
| 5 VA 873-829 | PF-TG-303 Birdhouse | Figi Graphics, Inc |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

Copy 1 - Upon initiation of action, mail this copy to Register of Copyrights  Copy 2 - Upon filing of document adding copyrights, mail this copy to Registrer of Copyrights

Copy 3 - Upon termination of action, mail this copy to Registrer of Copyrights Copy 4 - In the event of appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal

Copy 5 - Case file copy

Continue from AO 121 (6/90) Page 2 of 2

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 6.  824-599 | PFC-TG-501 | Figi Graphics, Inc |
| 7.  614-532 | VO-CP-101 | Figi Graphics, Inc |

AO 121 (6/90)

| TO: **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>98cv1435J(RBB) | DATE FILED<br>8/6/98 | United States District Court, Southern District of California<br>880 Front Street, Room 4290<br>San Diego, CA 92101-8900 |

| PLAINTIFF<br>Figi Graphics Inc. | DEFENDANT<br>Dollar General Corporation |
|---|---|

| COPYRIGHT<br>REGISTRATION  NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 VA 770-785 | PF-AT-102 Chair Bear | Figi Graphics, Inc |
| 2 VA 770-783 | PF-AT-104 Bear Buddies | Figi Graphics, Inc |
| 3 VA 776-960 | PF-HSH-835 Flower Shoppe | Figi Graphics, Inc |
| 4 VA 859-351 | PF-TG-302 Flower Pot | Figi Graphics, Inc |
| 5 VA 873-829 | PF-TG-303 Birdhouse | Figi Graphics, Inc |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case,a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

Copy 1 - Upon initiation of action, mail this copy to Register of Copyrights  Copy 2 - Upon filing of document adding copyrights, mail this copy to Register of Copyrights

Copy 3 - Upon termination of action, mail this copy to Register of Copyrights Copy 4 - In the event of appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal

Copy 5 - Case file copy

Continue from AO 121 (6/90) Page 2 of 2

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 6.  824-599 | PFC-TG-501 | Figi Graphics, Inc |
| 7.  614-532 | VO-CP-101 | Figi Graphics, Inc |

JS 44
(Rev. 07/89)

# ORIGINAL

## CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I (a) PLAINTIFFS

FIGI GRAPHICS, INC., a Nevada
Corporation

### DEFENDANTS

**FILED**

98 AUG -6  PM 4: 20

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DOLLAR GENERAL CORPORATION, a Kentucky
Corporation

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ___CA___
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ___KS___
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Clyde C. Greco, Jr., Esq.  619-234-3660
Peter J. Schulz, Esq.
GRECO & TRAFICANTE
350 West Ash Street, Ste. 850
San Diego, CA  92101

ATTORNEYS (IF KNOWN)

'98 cv 1435 J  RBB

### II. BASIS OF JURISDICTION (PLACE AN × IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN × IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Violation of the Copyright Act of 1976, as amended, 17 U.S.C. 101, et seq.

### V. NATURE OF SUIT (PLACE AN × IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Emp. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

### VI. ORIGIN (PLACE AN × IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND $**

Check YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES  ☐ NO

### VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____   DOCKET NUMBER _____

DATE
August 6, 1998

SIGNATURE OF ATTORNEY OF RECORD
Peter J. Schulz, Esq.

UNITED STATES DISTRICT COURT
#040970

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44

### Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I. (a) Plaintiffs - Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved).

(c) Attorneys. Enter firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II. Jurisdiction.** The basis of jurisdiction is set forth under Rule 8 (a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction is based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an X in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III. Residence (citizenship) of Principal Parties.** This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV. Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause.

**V. Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section IV above, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**VI. Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate's decision.

**VII. Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII. Related Cases.** This section of the JS-44 is used to reference relating pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

(rev. 07/89)